UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLOTTE BUSH,

        Plaintiff,

v.                                                             CIVIL NO. 06-10684
                                                              HON. LAWRENCE P. ZATKOFF

CHIPPEWA VALLEY SCHOOL DISTRICT,

        Defendant.
_____/

## OPINION AND ORDER

        This matter is before the Court on Defendant's Motion for Summary Judgment filed on March 20, 2007. Plaintiff's complaint originally contained four counts, two counts regarding the Family Medical Leave Act ("FMLA"), and two counts regarding the Michigan Civil Rights Act. The Court previously dismissed the two counts regarding the Michigan Civil Rights Act.

        Defendant has filed a motion for summary judgment on the remaining FMLA counts. Plaintiff, in her response, states that she does not oppose the motion.

        Therefore, Defendant's Motion for Summary Judgment is GRANTED. Plaintiff's action is HEREBY DISMISSED with prejudice.

        IT IS SO ORDERED.


                                                    S/Lawrence P. Zatkoff
                                                    LAWRENCE P. ZATKOFF
                                                    UNITED STATES DISTRICT JUDGE

Dated: May 4, 2007

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on May 4, 2007.

S/Marie E. Verlinde
Case Manager
(810) 984-3290